# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS HUDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 01-3223-CV-S-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently pending before the Court is Defendant's Motion for Final Judgment. Because the claim at issue in the above-captioned case received a "Fully Favorable" award of benefits on August 30, 2006, this case is dismissed with prejudice.

IT IS SO ORDERED.

Date: 1/22/07                           **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                  Fernando J. Gaitan, Jr.
                                        Chief United States District Judge